**NOT RECOMMENDED FOR FULL-TEXT PUBLICATION**
**File Name: 04a0110n.06**
**Filed: November 18, 2004**

**No. 03-6542**

**UNITED STATES COURT OF APPEALS**
**FOR THE SIXTH CIRCUIT**

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) | |
| Plaintiff-Appellant, | ) ) | ON APPEAL FROM THE UNITED STATES DISTRICT |
| v. | ) ) | COURT FOR THE MIDDLE DISTRICT OF TENNESSEE |
| ROBERTSON CHEATHAM FARMERS COOPERATIVE, | ) ) ) | **M E M O R A N D U M** |
| Defendant-Appellee. | ) ) | **O P I N I O N** |

**BEFORE: NORRIS, BATCHELDER and ROGERS, Circuit Judges.**

**PER CURIAM.** In Case No. 03-6338, this Court affirmed the judgment of the district court, with the result that defendant is required to pay the amount of the judgment.

The issue raised by the Equal Employment Opportunity Commission, that the district court abused its discretion in not requiring a supersedeas bond, is therefore moot.

Accordingly, this appeal is dismissed.